FILED ___ LODGED
RECEIVED ___ COPY

JUL 0 1 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

### district court of the united states,
### district of arizona

todd, ronnie ramael, *Moor beneficiary*
RAMAEL BLACKWELL EL TRUST
d/b/a
RONNIE RAMAEL TODD et al.,
RAMAEL BLACKWELL EL et al.,
            Plaintiff,

-vs-

State of Arizona et al.,
            Defendant(s)

Case Number: J-1103-CM-2021000048

**COMPLAINT**    CV-21-1144-PHX-SRB

================================================================

todd, ronnie ramael Moor beneficiary
*in Propria Persona Sui Juris, majoris aetatis suae*
c/o 5104 E Van Buren Street Suite 1101
Phoenix, Ali sonak (Arizona) RFD
ramaelel17@gmail.com

_____

## Jurisdiction

This court has jurisdiction over this matter pursuant to 1789 constitution for the united states of america in congress assembled article III §2§§1, article VI, §1§2§3, the Judiciary Act of 1789 1 stat 73§9, §11, §16, and §20 1786 Treaty of Marrakech-1880 Treaty of Madrid and 1492 Treaty of Grenada, 1781 Articles of Confederation article XII, Maxims of Equity, 1907 suits in chancery Henry Gibson §§ This is a Constitutional Question . The plaintiff is ingressed/repassed in arizona and a Moor subject of the Al Maroc Shereefian Empire "but not a citizen of the united states for the district of columbia nor a citizen of the united states of america in congress assembled. The defendant, , is a resident of COOLIDGE, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

I todd, ronnie ramael, a private Moor americas aboriginal manahatan (new yorker) national and subject of the Al Maroc Shereefian Empire, As a prudent man who "under legal compulsion, and molestation" fears that the actions and orders placed in error by defendants has resulted in the destruction of my rights, my reputation, and my capacity to labor, by coercive procedures being used against me. Treating Complainant as a belligerent and national of a designated enemy country. Subjecting

*COMPLAINT*                                                    Page 1 of 4

Complainant any future inconvenience, probable or even possible to happen by the neglect, inadvertence or culpability of another, by guarding Complainant against possible or prospective injuries, and to preserve the means by which Complainant's existing rights may be protected from future or contingent violations. There exist a clear Conflict and Variance of Law concerning the same matter. It is my duty to inquire into the matter. In an abundance of caution, in a limited restricted ministerial duty to investigate, having been put on inquiry, I have chosen to approach this court with this petition that the court remove the Instrument so it cannot further destroy my primary core equitable rights intended for me by God, where no adequate remedy for their enforcement is provided by the forms and proceeding of a purely legal nature.

## Demand

I todd, ronnie ramael, a private Moor americas aboriginal manahatan (new yorker) national and subject of the Al Maroc Shereefian Empire prays for the issuing of a Writ of QUIA TIMET (injunction) in the foregoing bill to inhibit and restrain the said Defendants their heirs, assigns, and agents from continuing said act or acts complained of which are contrary to treaties, the Constitution, the laws of the State, or in violation of their charters. I todd, ronnie ramael, a private Moor americas aboriginal manahatan (new yorker) national and subject of the Al Maroc Shereefian Empire pray to equitably attach to all the defendants, unlimited liability, their bonds, sureties, estates, collaterals, personal property, and their persons is executed for the irreparable harm done to my rights, my reputation, or my capacity to labor, under legal compulsion and molestation, which they have sworn an oath to protect. Said equitable attachment is collateral security in the form of an equitable mortgage with all rights to assign as a chose in action. I todd, ronnie ramael Moor grantee/grantor/heir/beneficiary is the true owner, under the rules of equity, Prays for equal justice to be rendered in the form of all that was intended for me by my ancestors including, but not limited to, all right title and interest of the said described property including, but not limited, to any abandoned funds, interest, credits emitted, monies borrowed, lands, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, attachments, all acquisitions due to me granting my signature, an equitable asset, for consideration, and said Account taken without prior notice of superior, equal or prior adverse interest—legal or equitable--- and without consent or equal Justice being rendered.

*Performed by my hand and seal with manifest special intent and purpose, freewill act and Deed:*

**I DECLARE,** under penalty of perjury under the laws of the Ali sonak (arizona) and the united states of america in congress assembled that the foregoing is true and correct.

Executed:_____July 1st_____, 20 21.

By: _todd, ronnie ramael Moor beneficia ry_

**todd, ronnie ramael**, *grantee/grantor/heir/beneficiary*
*a private Moor americas aboriginal manahatan delamarve (new yorker) national,*
*"but not citizen of the united states for the district of columbia,*
*nor citizen of the united states of america in congress assembled."*
ramaelel17@gmail.com
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

## JURAT

Ali sonak  (Arizona state)

Pima county)

*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

*todd, ronnie ramael, Moor grantee/grantor/heir/beneficiary*, in *Propria Persona Sui Juris*

(in proper person, in his own right) who has attained *majoris aetatis suae, in sui juris* (Age of

Majority in his own right) and proved to me upon satisfactory evidence, executed by the same as his

manifest special intent and purpose.

*DECLARED* before me in the County and State aforesaid this __1ST__ day of __July__, 20 __21__.

WITNESS my hand and official seal.

_____lace el_____          _____lace el_____
NOTARY                             PRINT

*locus sigilli* (seal)

witness x _by: ganky Sand larius, Moor, beneficiary_

witness x _PARKER, ginger_ ~~RAMAEL BLACKWELL EL TRUST~~

**lace el**
**A Private Notary**
**Pima County, Ali Sonak**
**Al Maroc**
**Commission # 1**
**My Commission Expires**
**July 7, 2025**

*COMPLAINT*                                                                 Page 3 of

**PROOF OF SERVICE**

I Declare that the forgoing instrument was served upon all parties to the above cause to each of the attorneys of record herein on _____ July 1st _____, 2021.

The parties were served via:

___ U.S.Mail          ___ Facsimile     ✓ Hand Delivery          ___ UPS

___ Federal Express   ___ Other         ___ E-File               ___ Email

By:_ told, ronnie ramael _____ Moor beneficiary

COMPLAINT